**Entered on Docket
January 13, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
ACE VAN PATTEN (NV Bar #11731)
ALEXIS M. BORNHOFT (NV Bar #11523)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for  Secured Creditor WELLS FARGO BANK, N.A. ALSO KNOWN AS
WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A,
AND FORMERLY KNOWN AS WACHOVIA MORTGAGE
FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>STANLEY E BROWN,<br><br>            Debtor(s). | Bankruptcy Case No. 10-31062-lbr<br>Chapter 7<br><br>WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    December 29, 2010<br>Time:   10:30 a.m. |

1  A hearing on Secured Creditor Wells Fargo Bank, N.A. also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Linda B. Riegle, Matthew M. McArthur appearing on behalf of Secured Creditor.

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust encumbering the real property commonly known as 2710 Paradise Isle Ave, North Las Vegas, Nevada 89031-3910 ("Real Property"), which is legally described as:

> SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT ONE AND MADE A PART HEREOF .

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days prior to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to provide 7 days' notice to the Debtor(s).

/./././

/./././

/./././

/./././

1  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

_____        _____
MALIK W. AHMAD                WILLIAM A. LEONARD
DEBTOR(S) ATTORNEY            TRUSTEE

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT "ONE"

Parcel One (1):

Lot 11 in Block 1 of Tierra De Las Palmas Village 4 - Unit 2, as shown by map thereof on file in Book 92 of Plats, Page 61, and as amended by that certain Certificate of Amendment recorded January 20, 2000 as Instrument No. 01715 in Book 20000120 of Official Records, in the Office of the County Recorder of Clark County, Nevada.

Parcel Two (2):

A non-exclusive easement for access, ingress and egress over the association property subject to the conditions of the Declaration of Covenants, Conditions and Restrictions of Tierra De Las Palmas Owners Association recorded June 27, 1997 in Book 970627 as Document No. 00010, and as amended by Certificates of Amendment recorded October 15, 1997 in Book 971015 as Document No. 00903 and recorded july 16, 1998 in Book 980716 as Document No. 01068, all in the Office of the County Recorder, Clark County, Nevada, which easement is appurtenant to Parcel One (1).

1  In accordance with LR 9021, counsel submitting this document certifies that the order accurately
2  reflects the court's ruling and that (check one):

3  ☐   The court has waived the requirement set forth in LR 9021(b)(1).

4  ☐   No party appeared at the hearing or filed an objection to the motion.

5
6  ☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing,
7  and any unrepresented parties who appeared at the hearing, and each has approved or
8  disapproved the order, or failed to respond, as indicated below [list each party and whether the
9  party has approved, disapproved, or failed to respond to the document]:

10 ☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order
11 with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of
12 the order.

13 ☐   Approved.

14 ☐   Disapproved.

15 ☒   Failed to respond. - Debtor's Attorney/Trustee

16                                             ###

17 Submitted by:

18 /s/ MATTHEW M. MCARTHUR
19 4375 Jutland Drive, Suite 200
   P.O. Box 17933
20 San Diego, CA 92177-0933
   (858) 750-7600
21 NV Bar #11731
   Attorney for WELLS FARGO
22 BANK, N.A. ALSO KNOWN
   AS WACHOVIA
23 MORTGAGE, A DIVISION OF
   WELLS FARGO BANK, N.A,
24 AND FORMERLY KNOWN
   AS WACHOVIA MORTGAGE
25 FSB, FORMERLY KNOWN
   AS WORLD SAVINGS BANK,
26 FSB

27

28